Order filed August 2, 2012

[pic]

 In The

 Fourteenth Court of Appeals

 ____________

 NO. 14-12-00364-CV
 ____________

 Atrum Medical Center, L.P., Appellant

 v.

 Lange Mechanical Services, L.P., Appellee

 On Appeal from the County Court at Law No 2
 Fort Bend County, Texas
 Trial Court Cause No. 11-CCV-045978

 O R D E R

 Appellant=s brief was due June 4, 2012. No brief or motion for
extension of time has been filed.

 Unless appellant files its brief, and a motion reasonably explaining
why the brief was late, with the clerk of this court on or before August
17, 2012, the court will dismiss the appeal for want of prosecution. See
Tex. R. App. P. 42.3(b).

 PER CURIAM